RECEIVED
JUN 0 4 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

KUMVACHIRAPITAG SUKITN.

_____ )

_____ )

(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

BILL GATES, STEVE BALLMER,
TIM COOK, ~~WARREN BUFFET~~; BANK OF AMERICA;
CORPORATIONS, GLOBAL BANKING;
GLOBAL ~~FINANCIALS~~ FINANCIALS; ~~NATIONS DEBTS~~; GLOBAL DEBTS;

(Enter above the full name of NATIONS DEBTS AND
ALL Defendant[s] in this action. _____
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. _____
(To be assigned
by the Clerk of
District Court)

COMPLAINT

Plaintiff resides at: 4927 WRYE BRANCH RD.
NEWTON GROVE, NC. 28366

1

Defendant(s) name(s) and address(es), if known:

| | |
|---|---|
| BILL GATES | TIM COOK |
| MICROSOFT CORPORATIONS | APPLE COMPUTER CORP. |
| ONE MICROSOFT WAY | 1 INFINITE LOOP |
| REDMOND, WA. 98052, | CUPERTINO, CA. 95014; |

Jurisdiction in this court is based on: ( DIVERSITY )

BANK OF AMERICA

NY7-501-01-16

5701 HORATIO St.

UTICA NY. 13502

The acts complainted of in this suit concern: ANTITRUST, ANTITRUST COMPETITION, INTERNATIONAL TREATIES, INTERNATIONAL ~~ILLEG~~ TRADE LAWS;

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

MOTIONS REQUESTING THE SUPPLEMENTS RELIEF, MOTIONS FOR THE MISCELLANEOUS RELIEF; AND ARBITRATIONS;

06-04-2013
Date
SK.

Signature of Plaintiff

4947 WRYE BRANCH RD.
NEWTON GROVE, NC. 28366
(910) 299-6834
Address and Telephone Number of Plaintiff

4