

UNITEDT STATES COURTHOSE

310 NEW BERN AVENUE

RALEIGH, NC. 27601

ET. AL.

CLERK OF COURT, ET. AL.

Julie A. Richards

Clerk of Court

PO. Box 25670

Raleigh, NC. 27611

ET. AL.

CHIEF UNITED STATES DISTRICT JUDGE JAMES C. DEVER III AND ARTICLE III

DISTRICT COURT JUDGES,

THE JUSTICES; ET. AL.

PLAINTIFF'S COMPLAINT, PLAINTIFF'S BRIEF, PLAINTIFF'S PETITION AND PLAINTIFF

MOTIONS; ET. AL.

SUPREME COURT OF THE UNITED STATES

OFFICE OF THE CLERK

1 FIRST STREET, N.E.

WASHINGTON, DC. 20543-0001

JOHN G. ROBERT, JR., CHIEF JUSTICE OF THE UNITED STATES,

STEPHEN G. BREYER, ASSOCIATE JUSTICES,

ET. AL.,

SUKIT N. KUMVACHIRAPITAG

# 12-9474 , €7. Ac.
                 ꝋK.

(MOTIONS TO SUES THE S & P'S STANDARD & POOR'S FINANCIAL SERVICES

LLC. AND THE DOW JONES INDICES LLC. ET. AL.:

Case 7:13-cv-00117-FL   Document 1-2   Filed 06/04/13   Page 2 of 46

MOTIONS TO SUES THE ENTIRE CBO AND

MOTIONS TO SUES THE ENTIRE SSA, IRS AND MY MOTHER TO MOVE OUT;

MOTIONS TO SUES THE ENTIRE COMMUNITIES BANKING, AND THE ENTIRE

WORLD

FINNACIALS, ET. AL.

Motions to sue King Fahd, ET. AL. of Saudi Arabia for Nations Debts and Global

Debts; ET. AL.,

REQUESTING THE COURTS ORDERS AND CONFIRM THE,

MOTIONS TO SUES FOR ALL NATIONS DEBTS AND ENTIRE GLOBAL DEBTS,

Case 7:13-cv-00117-FL   Document 1-2   Filed 06/04/13   Page 3 of 46

THE ENTIRE FEDERALS SECURITIES EXCHANGES

COMMISSIONS, ET. AL. AND THE ENTIRE WORLD MARKETS, ET. AL.,

MOTIONS TO ARBITRATIONS

FOR $ 1,000,000,000,000.00 ONE TRILLIONS DOLLARS ANNUALLY:

TO ISSUES THE AMERICAN EXPRESS CARDS

PLATINUMS AND GOLDS

CARDS IN MY FULL NAMES AND THE ACCOUNTS TO BUYS AND PURCHSES THE

HOMES AND THE COMMODITIES AND TO GO GETTING MARRY AND TO HAVE

FAMILIES ON THE MOTIONS, ET. AL.

MOTIONS TO SUES THE ENTIRE COMMUNITIES BANKING, AND THE ENTIRE

WORLD FINNACIALS, ET. AL.

SUKIT N. KUMVACHIRAPITAG

# 12-9474 , *Et. Al.*
SK.

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Office of the Clerk

Post office Box 193939

San Francisco, California 94119-3939:

ET. AL.,

SUKIT N. KUMVACHIRAPITAG

No. 12-17696 , *Et. Al.*
SK.

D.C. No. 3:11-cv-

04405-JSW,

ET. AL.

U.S. District Court for

Northern

Case 7:13-cv-00117-FL   Document 1-2   Filed 06/04/13   Page 5 of 46

Plaintiff-Appellant,

V.                                                       California,

San Francisco,

ET. AL.

MOTIONS TO PROCEED IN FORMA PAUPERIS AND THE MOTIONS FOR

PETITIONS FOR A WRIT OF CERTIORARI AND TO PROCEED IN FORMA
*9K.*

PAUPERIS, ET. AL.

MOTIONS TO BE RECONSIDERS AND FOR REQUESTING THE SUPREME COURT

OF THE UNITED STATES'S THE DOCUMENTED WITH THE OFFICIAL'S SEAL OR

STAMPED TO BE RETURNING AND OR TO

PROCEEDING, ET. AL.,

THE 6⃠8͆TH NOTICES CHANGES OF THE ADDRESSES FROM
𝒮𝒽.

MOTONS REQUESTING TO FILE THE SUPPLEMENTS BRIEF AND RELIEF,

AND MOTIONS REQUESTING FOR THE MISCELLANEOUS RELIEF BY:

PLAINTIEF'S, APPEALLANT'S AND PETITIONER'S

FOR $ 1,000,000,000,000.00 ONE TRILLIONS DOLLARS ANNUALLY:

MOTIONS TO SUES THE ENTIRE WORLD MARKETS, THE ENTIRE BANKING

SYSTEMS IN THE WORLD AND THE ENTIRE WORLD BANKS GROUPS;

AND THE WORLD IMF (INTERNATIONAL MONESTRARIES FOUNDS), ET. AL.

MOTIONS TO SUES THE ENTIRE MEDIAS, NATIONAL, ALL NATIONS AND

WORLD'S MEDIAS, ET. AL.

AND ORDERING FOR ALL OF THE COURT'S SO ORDERED:

REQUESTING THE COURT'S SO ORDERED AND THE CONFIRMATIONS OF ALL

THE COURT'S SO ORDERED ON ALL THE MOTIONS ON THE PAPERS

DOCUMENTS TO BE MAILS TO MY ADDRESS ON

4947 WRYE BRANCH RD.

NEWTON GROVE, NC. 28366

BEFORE SENDING TO THE ADDRESS OF

CALIFORNIA AT 594 S.

MAPLETON DR. LOS ANGELES, C A. 90024

AND AFTER: AMEND THE MOTIONS TO SUES THE ENTIER FEDERALS SOCIAL

SECURITY ADMINISTRATIONS, ET. AL.

AND TO ORDERS THE CARDS AMERICAN EXPRESS, PLATINUM CARDS AND

AMERICAN EXPRESS GOLD CARDS IN MY FULL NAMES)

AND AMEND THE MOTIONS TO SUES THE ENTIER FEDERLS SOCIAL

SECURITIES ADMINISTRATIONS, ET. AL.

AMEND THE MOTIONS AN ADDENDUM TO SUES THE ENTIRE GLOBAL AMRICAN

EXPRESS CORPORATIONS AND THE ENTIRE GLOBAL BANKS AND ENTIRE

CARDS PRODUCTS, AND THE ENTIRE GLOBAL BANKS ACCOUNTS; THE ENTIRE

CARDS PRODUCTS, ET. AL. AND MOTIONS TO SUES THE

ENTIRE GLOBAL VISA CARDS CORPORATIONS AND MASTER CARDS

CORPORATIONS AND THE ENTIRE GLOBAL BANKS

THE CARDS PRODUCTS, ET. AL.

AND TO ORDERS THE CARDS AMERICAN EXPRESS, PLATINUM CARDS AND

GOLD CARDS IN MY FULL NAMES;

AMEND THE MOTIONS AND AN ADDENDUM TO SUES THE ENTIRE FEDERALS

CENTRAL BANKS AND ALL

CHAIRMAN OF ALL THE UNITED STATES CENTRALS BANKS AND TO

FIRED MR. BEN BERNANKE, AND THE ENTIRE CHAIRMAN OF THE UNITED

STATES CENTRAL BANKS, ET. AL. AND TO FIRED ALL THE

FEDERALS TREASURY: MR. TIMOTHY GAITHNER AND THE ENTIRE U.S.

TREASURY DEPARTMENTS; TO SUE THE ENTIRE IRS, ET. AL.

MOTIONS AND AN ADDENDUM TO SUES THE DEFENCES DEPERTMENTS AND

THE FEDERALS BUDGETS,

TO CUTS THE DEFENCES SPENDING BY $1 TRILLION DOLLARS OR

$1,000,000,000,000.00 ONE TRILLION DOLLARS BUDGETS SPENDING CUTS ON

THE FEDERAL'S AND THE ALL STATES BUDGETS SEPENDING REDUCTIONS,

AND AMEND THE ORDERS ALL THE BANKS TO PAYING BACK FOR ALL THE

## SETTLEMENTS

INSTALLMENTS ANNAULLY, ET. AL. AND MOTION FOR I TO PROCEEDING AND

MOVING OR RELOCATIONS ON THE NEW HOMES ADDRESSES; AND TO

TRAVELS ANY WHERE IN THE WORLD OR AROUND TO THE WORLD; TO

GETTING MARRY AND HAVING MY OWN FAMILLY:

MOTIONS TO SUES AMERICAN MEDICAL COLLECTION AGENCY OR AGENCIES

AND THEIR CLIENTS LABORATORY CORPORATION OF AMERICA, ET. AL.

**6**

THE 8ATH TIMES TO AMEND OF THE:
*SK.*

NOTICES OF CHANGES OF THE ADDRESSES FORM:

4947 WRYE BRANCH RD.

NETON GROVE, NC. 28366

TO THE ORDERS ALL THE MOTIONS, AND TO THE NEW ADDRESSES ON THE

MOTIONS OF:

CALIFORNIA AT 594 S.

MAPLETON DR. LOS ANGELES, CA. 90024 AND TO:

MOTION TO SUES ALL THE STATES, FEDERALS AND THE LOCALS

GOVERNMENTS, ET. AL., MOTION TO SUE THE UNITED STATES ET. AL.

Case 7:13-cv-00117-FL   Document 1-2   Filed 06/04/13   Page 12 of 46

AND ORDER FOR SETTLEMENTS INSTALLMENTS ANNUALLY, TO SUE

THE ENTIRE BANKING SYSTEMS IN THE WORLD IN THSES SETTELMENTS

INSTALLMENTS ANNULLY: MOTIONS TO APPEALS TO THE WTO THE

WORLD TRADE ORGANIZATIONS AND TO SUES TO THE WORLD COURT AND

THE WORLD IMF (INTERNATIONALS MONESTERY FOUNDS) AND THE ENTIRE

WORLD BANKS, ET. AL. ON 2013 TO THIS SETTLEMENT IN STALLMENTS

ANNUALLY:

I declaring under the WTO the World Trades Organizations Laws and the Futures of

The World's and the Space Technologies "CHINA "are owed the Global Debts of

Three Septillions Dollars of the Five Septillions Dollars Plus or

$3,000,000,000,000,000,000,000.00 Three Septillions Dollars of The

$5,000,000,000,000,000,000,000.00 Five Septillions Dollars plus: and "THAILAND "

Owed Nation Debts of One Septillions Dollars Plus or

$1,000,000,000,000,000,000,000.00 Septillion Dollars Plus and the United States

Owed the Nation Debts of One Septillion Dollars Plus or

$1,000,000,000,000,000,000,000.00 One Septillion Dollars Plus of the Global Debts of

The Five Septillions Dollars Plus or $5,000,000,000,000,000,000,000.00 Five Septillions

Dollars plus in the Futures Debts and the Deficits Globally: Of the Stolen and the Thief

And the Infringements of the Trades Secrets and the Infringements of the Intellectuals

Properties Inventions of the World and the Space Technologies: Of the Violations of the

WTO the World Trades Organizations and the Internationals Trades Laws: A

AMEND THE MOTION TO SUES AND THE ORDERS FOR HEARING ON THE

SETTLEMENTS INSTALLMENTS ANNUALLY ON THE CASE:

MOTION TO ARBITRATIONS [30% TAX] OF $75,000,000,000.00 BILLION

DOLLARS ANNUALLY: OR 30% OF $75,000,000,000.00 BILLION DOLLARS

ANNUALLY: $75,000,000,000.00 X .30 = $22,500,000,000.00 BILLION DOLLARS

ANNUALLY: (TAXES FROM THE BANKS)

AND $52,500,000,000.00 BILLION DOLLARS ANNUALLY, TO BE DEPOSITS IN ALL

MY BANKING ACCOUNTS ANNUALLY:

AND AMEND SO ORDER, ET. AL.

MOTIONS TO SUES ALL THE FEDERALS, U.S. TREASURY DEPARTMENTS AND

THE REVENUES, THE U.S. COMMERCE DEPARTMENTS AND THE REVENUES;

THE STATES REVENUES, THE INTERNAL REVENUES SERVIECE THE

DEPARTMENTS OF THE TREASURY, THE SOCIAL SECURITY DEPARTMENTS

AND THE FEDERAL TREASURY; THE ENTIRE FEDERAL

RESEVES BANKS, AND THE FCC, FTC, THE ENTIRE U.S. TREASURY DEPT: AND

U.S. COMMERCE DEPT. THE ENTIRE FEDERALS CENTRAL BANKS; NATIONAL

ON THE NATIONS DEBTS AND THE DEFICITS OF SIXTEEN TRILLION DOLLARS

PLUS OR $16,000,000,000,000.00 DOLLARS PLUS: AND ALL GLOBAL DEBTS AND

THE DEFICITS NATIONS INTERNATIONALS BANKING, THE WORLD (IMF

INTERNATIONALS MONETARY FUNDS IN ALL NATIONS AND IN THE WORLD):

THE ENTIRE WORLD BANKS, THE PUBALICS BANKING; NATIONALS BANKS,

PRIVATES BANKS: NATIONS AND GLOBAL BANKING SECTORS AND ANTITIES

BANKING SYSTEMS IN THE WORLD. AND TO SUES ALL NATIONS TO THE

(WTO) OR THE WORLD TRADE ORGANIZATIONS SYSTEMS AND THE TREATIES:

MOTIONS TO ARBITRATIONS AND TO SETTLEMENTS INSTALLMENTS

ANNUALLY, FROM ALL THE BANKING SYSTEMS IN THE WORLD INTO ALL

THESE BANKING AND TO BE IN MY FULL NAME AND THE BANKING ACCOUNTS

AND ALL THE FOUNDS TO BE IN MY FULL NAME AND LAST NAME TO ALL THESE

BANKS:

#1 WELLS FARGO BANKS, NATIONAL ACCOUNTS:

#2 BANKS OF AMERICA, NATIONAL AND INTERNATIONALS  ACCOUNTS:

#3 CITI BANKS, NATIONALS AND INTERNATIONALS BANKS  ACCOUNTS:

#4 UBS AG BANKS, NATIONALS AND INTERNATIONALS BANKS ACCOUNTS:

#5 AMERICAN EXPRESS BANKS, NATIONALS AND INTERNATIONALS

ACCOUNTS:

#6 AMERICAN EXPRESS GOLDS CARDS AND AMERICAN EXPRESS PLATINUMS

CARDS:

$1,000,000,000,000.00 One Trillion Dollars Annually of the $600,000,000,000,000.00 +

Six Hundred Trillion Dollars Plus Annually:

MOTIONS TO AMEND AND TO SUES TO PROSECUTIONS, FOR SETTLEMENTS

INSTALLMENTS ANNUALLY: TO THE AFFIRMANCE OF THE DISTRICT

COURTS AND THE SUPREME COURT OF THE UNITED STATES, JUDGMENTS

AND THE JUSTICES ARE NOT APPROPRIATED, THE DISTRICT COURTS AND THE

STATES GOVERNMENTS, THE FEDERALS GOVERNMENTS AND ALL THE

BANKING NATIONALS, NATIONS AND INTERNATIONALS BANKING

ARE CORRUPTIONS TO KEEPING THE NATIONS DEBTS, AND THE GLOBAL

DEBTS AND THE DEFICITS OR THE PUBALIC DEBTS: ARE FOUNDED BY THE

FEDERALS ECONOMIC STIMULUS ON THE WORLD ECONOMIC AND THE

GLOBAL DEBTS THE DEFICITS; TO SPENDING ON THE REVENUES OF THE

STOLEN AND THE THEIFT OF MY INTELLECTUALS PROPERTIES INVENTIONS OF

THE TECHNOLOGIES: ALL THE TECHNOLOGIES CORPORATIONS AND THE

INDUSTRIES HAVE BEEN STOLEN AND THEIFT, AND HAVE BEEN MADE THE

PROFITS AND THE REVENUES FROM FOR 15 YEARS;

MOTIONS TO SUES AND TO PROSECUTES, THE PLAINTIFF AND APPELLANT

CAN NOT MOVE OR RELOCATIONS AND TO AFFIRMANCE TO THE CAUSE BY

THE DISTRICT COURT'S JUDGMENT IS NOT APPROPRIATED, THE PLAINTIFF

AND APPELLANT HAS NOT ENOUGH FOUND TO RELOCATIONS UNTIL THE

JUSTICES OF THE U.S. COURT OF APPEALS TO RULES AND THE ORDERS OF

THE JUSTICES TO PROSECUTES AND ORDERS TO SETTLEMENTS

INSTALLMENT ANNUALLY OR ARBITRATIONS OF THE CASE. THE PLAINTEFF

AND APPELLANT WILL MOVE

AND RELOCATIONS AFTER THE FACTS OF ALL ARBITRATIONS ARE AMEN ALL

THE ORDERS ARE CONFIRMED.

MOTIONS TO SUES AND ARBITRATIONS TO MOVING INTO THE HOME OR MY

HOME IN L.A.

CALIFORNIA AT 594 S.

MAPLETON DR. LOS ANGELES, CA. 90024 AND TO:

MOTION FOR HEARING ON ALL ORDERS AND TO PROCEED TO CLOSING THE

CASE AND TO PROSECUTE: MOTION TO SUES THE FEDERALS FAIR CREDITS

CONSUMERS, AND ALL THE THREE MAJOR OF THE CREDITS REPORTING

AGENCIES EQUIFAX CORPORATIONS, EXPERIAN CORPORATIONS AND TRANS

UNION CORPORATIONS ET. AL.

PINNACLE FINANCIAL GROUP INC. ENHANCEDITP.COM FOR WELLS FARGO

BANK CUSTOMERS ET. AL. MOTIONS TO SUES THE U.S. GOVERNMENTS AND

THE STATES GOVERNMENTS,

AND ALL THE ENTERTAINMENTS CORPORATIONS AND THE INDUSTIRES THE

COMMERCIAL NATIONALS AND INTERNATIONALS ADVERTISING COPORATIONS

AND THE INDUSTRIES: AND TO BUYS THE HOMES IN LA., CALIFORNIA;

AND ARBITRATIONS TO ASIA, SOUTH EAST ASIA, AND THE EU. NATIONS THE

WORLD ECONOMIC: G20, G7, G8, G10, G77 NATIONS TO THE

WORLD ECONOMIC SUMMIT: 2013, ET. AL.

MOTION TO SUES THE UNITED STATES GOVERNMENTS, THEY HAVE PUTTING

I AND MY FAMILLY AND THE NATIONS, IN THE DAMAGING FUTURES

FINANCIALLY AND EMOTIONALLY AND;


MOTION TO SUES THE FEDERAL RESERVES CHIRMEN BEN

BERNENKE, THE FEDERAL TREASURY MR. TIMOTHY GAITHNER AND THE

MOTHER DOW MARSHBURN; THE USPS POSTAL SERVICE: WELLS FARGO

BANKS, AND THE DELLERS, ET. AL.

THE ORDERS TO AMEND THE MOTIONS AND TO SETTLEMENTS AND SETTLING

THE CASE

SUPREME COURT OF THE UNITED STATES

1 First Street, NE

Washington, DC. 20543

John G. Roberts, Jr., Chief Justice of the United States,

Stephen G. Breyer, Associate Justice,

AN AMENED AND ADMENDMENTS OF COMPLANTS AND MOTION TO PACKING

THE COURTS OF THE CONSITUTITIONALS AND CIVIL ANTITRUST, ANTITRUST

COMPATITIONS GLOBAL LAWS AND THE INTERNATIONALS TREATIES

DOCKETED CASE: NO. ET. AL.

NO. C 11-04405 JSW

NO. C 11-04510 JSW

NO. C 11-04510 DMR

District Judge Jeffrey S. White

San Francisco Courthouse, Courtroom 11 - 19th Floor

450 Golden Gate Avenue, San Francisco, CA 94102

NO. C 11-04405 JSW

NO. C 11-04510 JSW

ET. AL.

Magistrate Judge

Donna M. Ryu

Oakland Courthouse, Courtroom 4 - 3rd Floor

1301 Clay Street, Oakland, CA 94612

NO. C 11-4510 DMR

ET. AL.

Petitioner;

Plaintiff:

Case 7:13-cv-00117-FL   Document 1-2   Filed 06/04/13   Page 27 of 46



Sukit Kumvachirapitag

4947 Wrye Branch Rd.

Newton Grove, NC. 28366

V.

Defendants,

Bill Gates, Steve Jobs, Tim Cook, Warren Buffet, Supreme Court of the United States,

Microsoft Corporations, Apple Corporations, Google Corporations; GE. Corporations

And all the Technologies Corporations the Industries; and all the Banking Systems

Sectors in the World: all the World Government's,

The WTO or the World Trades Organizations; From June, 1998 and the World IMF

International Monasteries Founds:

All the Federals Reserve Banks, all the States Banks have got the Federals Bailouts

Founds and the Founded

The Economy Stimulus Founded: The Nation's Debt of Fourteen Trillions Dollars Plus

And The EU. Fourteen Trillions Dollars Plus, the North America, the European Unions

Or The EU. The Asia, South East Asia,

The Middle East; South America and the Public banking and all the Privates Banking

Entities and sectors, The United States Governments, Federals and the States

Governments: the Global Bailed outs, ET. AL.

Case 7:13-cv-00117-FL   Document 1-2   Filed 06/04/13   Page 29 of 46

Bill Gates, Steve Ballmer;

MICROSOFT Corp

333 S Grand Ave Ste 3300,

Los Angeles, CA 90071

(213) 806-7300 Website

Microsoft Corporation

One Microsoft Way

Redmond, Washington 98052-6399

Waggener Edstrom Worldwide

Portland (503) 443-7000

The Glover Park Group

Washington, DC

(202) 337-0808

msft@microsoft.com

Phone:

(800) 285-7772 (United States)

(425) 706-4400 (International)

American Stock Transfer & Trust Company

P.O. Box 2362

New York, NY 10272-2362

Steve Jobs, Tim Cook;

Apple Computer World Headquarters

1 Infinite Loop

Cupertino, CA 95014

408.996.1010

North American Corporate Contacts

United State

United States

Use Express Lane for fast, personalized service.

1-800-275-2273

IPhone: 1-800-MY-IPHONE (1-800-694-7466)

Apple Rebates: 1-877-4-APL-PROMO (1-877-427-5776)

Education Customers: 1-800-800-2775 (support), 1-800-780-5009 (sales)

Enterprise: 1-866-752-7753

Apple Enterprise Sales

□

(877) 412-7753

□

Apple Financial Services

□

(800) APPLE-LN (800-277-5356)

□

□

Apple Government Sales

□

(877) 412-7753

Warren Buffett,

Corporate Headquarters, General Electric Company

3135 Easton Turnpike

Fairfield, CT 06828

(203) 373-2211

12/18/2011Shareowner Services

To transfer securities, write to GE Share Owner Services, c/o

The Bank of New York, P.O. Box 11002, New York, NY 10286-1002.For shareowner

Inquiries, Including enrollment information and a prospectus for the Direct Purchase and

Reinvestment Plan,

"GE Stock direct,"

Write to GE Share Owner Services,

C/o The Bank of New York, P.O.

Box 11402,

New York, NY 10286-1402;

Or call (800) 786-2543 (800-STOCK-GE)

Or (941) 906-4657;

Or send an E-mail to ge-shareowners@bankofny.com.

Supreme Court of the United States

Office of the Clerk

1 First Street N. E.

Washington, DC. 20543-0001

ET. AL.

DOCKETED CASE: NO. ET. AL.

1) MOTION TO SUES MICROSOFT CORPPARTIONS AND ALL THE

2) TECHNOLOGIES CORPORATIONS,

THE INDUSTRIES TECHNOLOGIES, ET. AL.

FOR SETTLING AND SETTELMENTS INSTALLMENTS:

Corporations that have involved in stole and theft of Intellectuals' properties

Invention technologies, Breach of the contract without any consents, and

Infringements' of Trade secrets: Infringements' of copies rights inventions

Technologies. Totals: 100 + corporations and Over 1000 Patens and more, ET. AL. The

"PORTABLES" laptops With the Web-cam, the Cell-phone with Web-Cam,

The Digitals Cameras,

The Auto Mobiles Hybrids with batteries Technologies, the Wind Turbine power grids

Rechargeable Technologies, the Trains Hybrid, the Buses Hybrid, the Air plans with

Hybrid batteries Technologies, the Boat Hybrid Technologies, the Jet Ski Hybrid

Technologies, the Home improvements tools, and Garden Tools with hybrid

Rechargeable Technologies, the Architectures' building with solar rechargeable

Powers Technologies:

All the "GREENS TECHNLOGIES "Inventions Corporations and

The Industries, National and Internationals with Global GDP filled to the WTO or The

World Trade Organizations from June, of 1998 until today and the Futures of the

Inventions of the World and Space Explorations or the NASA Mars planetary "Spirits

And Opportunity, Mars Roller "Landed on June, of 2003 until today and the

Internationals Space Stations and the Technologies, Inventions:

I DID NOT GAVE THE PERMISSION OR THE

CONSENT TO SOLD OR TO TRADED IN THE NATIONS OR IN THE WORLD

MARKETS.

MOTION TO APPEAL AND TO RECONSIDER AND TO SUES ALL THE

BANKING SYSTEMS SECTORS, FEDERAL RESEVER BANKS AND

NATIONS AND INTERNATIONALS BANKING

THE WORLD IMF INTERNATIONAL'S MONETARIES FUNDS IN THE

WORLD: PUBALICS BANKING, NATIONALS BANKS, PRIVATES BANKS;

NATIIONS AND BLOBAL BANKING: ANTITIES AND SECTORS

BANKING SYSTEMS IN THE WORLD:

Case 7:13-cv-00117-FL   Document 1-2   Filed 06/04/13   Page 40 of 46

3) MOTIONS TO SUES ALL NATIONS AND COUNTRIES WITH CHINA'S

INTERNATIONALS TRADING POLICIES:

And Its World Central Banks, TO ALL the IMF Internationals monetary founds;

Singapore, Indonesia, ET. AL.

All the Founded United States are keeping all in The Federal central banks. And all the

Big banks are all keeping,

All the Found for THEIR OWN FINNACIALS INTERESTS From the Federal Bailout

Found. That I got nothing that

They all Stolen and thief of my Invention Technologies Intellectual's properties.

They are Not their own INTECTUALS PROPERTIES. Motion to Sues the justices for

Not interpreting the rules of laws and the orders of the Justices.

And this constitutional's rules of laws and the civil antitrust and antitrust

Competitions Global Case

And the stolen and the thief of the intellectuals properties invention of the

Infringements of Technologies. And to Sues all The Technologies corporations and the

Industries sectors in all Nations globally. And to Sues the IMF International

Monasteries Founds and Global finances Entities. The States Governments and

Federals Governments all the banking entities

And sectors systems in the world. All the Nation and Nations Banking Sectors in

The world. The national's banks and Privates Sectors Banks; and all the Internationals

Sectors banking in the world:

The publicly Banks Internationally banking systems in the world And Internets

Banking or the online banking, All the World banks, the world Central banks in all

Nations et. al. The nations and countries

Banking systems around the world. The states Banks and all the Federals

Banks, federally Deposits Insurance Systems, The Federal's Central Banks and all

Majors Credits cards, the visa Cards, the masters Cards, Credits Cards and Debit

Cards; all the discover Cards, and all the

American express credits Cards and the Businesses Cards Small business and

The corporation's Cards, the gifts cards: all The Credits cards In the World.

And all the gold's, Silvers, Coppers,

The Metals; Aluminums Alloys: The Titanium's And the Sport cars.

The of Diamonds In all

Case 7:13-cv-00117-FL Document 1-2 Filed 06/04/13 Page 43 of 46

Nations Around the world. For The six Hundred Trillions Dollars Global Market

And World Economic in the past 15 Fifteen Years, ET. AL. Until today and the

Tomorrow of the Nations Debts and the Deficits and the Global Debts and the Deficits

Or The Futures of the World Economic and the World Markets To

#Five Septillions Dollars plus into the Futures: or $600,000,000,000,000.00

Six hundred Trillions Dollars $600,000,000,000,000.00 Trillion Dollars and into

The tomorrow of Five Septillions Dollars or $5,000,000,000,000,000,000,000.00

Septillions Dollars Plus and The Futures of the World Economic and the World of

Technologies invention of The intellectual's properties:

And to have the Settlements installments: For the Settlements of

ONE TRILLIONS DOLLARS ANNAULLY: OR

$1,000,000,000,000.00 One TRILLIONS DOLLARS ANNAULLY,

Or per years to be opening the new banking accounts to Citi Bank account,

Bank of America bank account And to the UBS AG Banks account; and the entire

American Express Banks and Credit Cards Accounts:

All to be in my name and the accounts numbers to be in my Name and Last

Name or my full Name:)

Sincerely,

*Sukit N. Kumvachirapitag*
*06-03-2013*
*SK.*    *06-04-2013*
        *SK.*

SUKIT N. KUMVACHIRAPITAG

SNK: